# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**LATOYA SCHINELL LAWSON**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:07CR00474-01**<br><br>Erin Radekin, Appointed<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charges 1, 3, 4 and 6 as alleged in the violation petition filed on 2/24/2012 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [ ] revokes: [ ] modifies: [✔] continues under same conditions of supervision heretofore ordered on  6/28/2010  .

    The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charges 2 and 5 are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 18, 2012
Date of Imposition of Sentence

*/s/ Kimberly J. Mueller*
Signature of Judicial Officer

**KIMBERLY J. MUELLER**, United States District Judge
Name & Title of Judicial Officer

July 20, 2012
Date

CASE NUMBER: 2:07CR00474-01  
DEFENDANT: LATOYA SCHINELL LAWSON

Judgment - Page 2 of 2

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | Failure to Participate in Cognitive Behavioral Therapy as Directed. | 8/8/2011 |
| Charge 3 | Failure to Report a Change in Employment within Ten Day. | 10/10/2011 |
| Charge 4 | Failure to Submit Truthful Monthly Supervision Reports by The Fifth of Each Month. | 11/14/2011 |
| Charge 6 | Unlawful Use of a Controlled Substance. | 2/7/2012 |